No. 09-9602. Douglas A. Williams, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

560 U.S. 910, 130 S. Ct. 3286, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 3901.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9603. Kethon Laveron Triggs, Petitioner v. Lee Ann Chrones, Acting Warden, et al.

560 U.S. 910, 130 S. Ct. 3286, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4040.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 173.

No. 09-9607. Jason Phillips, aka Darrell Phillips, Petitioner v. Blaine C. Lafler, Warden.

560 U.S. 910, 130 S. Ct. 3286, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4009.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-9614. Eric Bechler, Petitioner v. Al Scribner, Warden.

560 U.S. 910, 130 S. Ct. 3288, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4074.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9618. Christopher Leon Baker, Petitioner v. James A. Yates, Warden, et al.

560 U.S. 910, 130 S. Ct. 3288, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4055.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 339 Fed. Appx. 690.

No. 09-9619. Michael McNeill, Petitioner v. Lanesboro Correctional Administration Staff.

560 U.S. 910, 130 S. Ct. 3288, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4071.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-9630. Charles Christopher Lancaster, Petitioner v. Texas.

560 U.S. 910, 130 S. Ct. 3288, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4018,

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.

No. 09-9631. Mark Marvin, Petitioner v. Supervisor of the Orange County Support Collection, et al.

560 U.S. 910, 130 S. Ct. 3289, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 3899.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.